UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80112-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARVEY DALE YOUNG, JR.,

    Defendant.

_____/

## ORDER AND
## REPORT AND RECOMMENDATION

The Defendant, HARVEY DALE YOUNG, appeared before the Court on June 9, 2010, represented by counsel, for a final hearing on violation of supervised release. The Defendant was originally convicted of conspiracy to commit bank robbery, in violation of 18 U.S.C. § 371; and armed bank robbery, in violation of 18 U.S.C. § 2113(a) and (b). The Court sentenced the Defendant to sixty (60) months in prison as to count 1, and seventy-six (76) months as to count 2, to run concurrently. This prison term was to be followed by a term of three (3) years of supervised release on each count to run concurrently. Defendant was also ordered to pay $21,171 in restitution. After serving the prison portion of his sentence, the Defendant commenced his term of supervised release on December 31, 2007.

The Defendant is now charged with violating his supervised release by failing to satisfy his court-ordered restitution. As of February 19, 2010, the date the petition was filed, the Defendant was 12 months in arrears in the amount of $1,200. Currently, the Defendant is 17 months in arrears in

1

the amount of $1,700. The Defendant admits this violation, and wishes to proceed to sentencing as soon as possible.

Accordingly, the Court RECOMMENDS that the District Court accept the Defendant's admission and find the Defendant guilty of the above violation of supervised release. This Court further RECOMMENDS that the matter be set down for sentencing before the District Court.

The Clerk is ORDERED to set this matter before the sentencing calendar of the Honorable United States District Judge Daniel T.K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Daniel T.K. Hurley, within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and ORDERED and DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 10 day of June, 2010.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Daniel T.K. Hurley
All Counsel of Record
U.S. Marshal
U.S. Probation