UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80112-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

HARVEY DALE YOUNG,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS; GRANTING MOTION TO CONTINUE; AND SETTING SENTENCING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision; the report and recommendations of a United States Magistrate Judge; and upon an unopposed motion from counsel representing the defendant to continue sentencing until October 2010. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. The motion to continue the sentencing hearing until October 2010 is **granted**.

3. A sentencing hearing will be conducted on **Wednesday, October 6, 2010**, at **2:30 p.m.** in Courtroom 5, at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 16th day of June, 2010.

**copy furnished:**
AUSA A. Lothrop Morris
AFPD Robin C. Rosen-Evans
United States Probation Office

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site at http://www.judgehurley.com